LEE F. HOFFMAN, ESQ.   SBN: 308941
LAW OFFICE OF LEE F. HOFFMAN
2055 Junction Avenue, Suite 215
San Jose, CA 95131
(408)883-2220
Email:  leehoffmanjd@gmail.com

Attorney for EMILIANO ONTIVEROS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILIANO ONTIVEROS,<br><br>     Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE, and DOES 1-10, inclusive,<br><br>     Defendants. | Case Number:  5:26-cv-02418-VKD<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF EMILIANO ONTIVEROS TO FILE A FIRST AMENDED COMPLAINT** |

  WHEREAS, under Federal Rule of Civil Procedure 15(a)(2) Plaintiff Emiliano Ontiveros ("Plaintiff") requires the written consent of the other party (Defendant City of San Jose in this case) to file a First Amended Complaint once 21 days have elapsed after the date the original Complaint (DKT 1) was filed; and

  WHEREAS, the Complaint (DKT 1) in this matter was served on the City of San Jose on April 7, 2026; and

  WHEREAS, no case management conference has been held, no scheduling order has issued, and no deadlines set by the Court will be affected by the requested extension; and

  WHEREAS, an initial scheduling conference is currently set for June 23, 2026;

  NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6 1(a), the parties hereby stipulate and agree to extend the Plaintiff's time to file a First Amended Complaint to July 17, 2026 and to extend Defendant's time to respond to 30 days after the filing of the

First Amended Complaint.

Dated: 6/3/2026                                Respectfully submitted,

                                               Law Office of Lee F. Hoffman

                                               By:   /s/ Lee F. Hoffman
                                                     Lee F. Hoffman
                                                     Attorney for Plaintiff

                                               SUSANA ALCALA WOOD, City Attorney

Dated: 6/3/2026
                                               By:  /s/ Brian Eggleston
                                                    BRIAN EGGLESTON
                                                    Senior Deputy City Attorney

                                               Attorneys for Defendant City of San Jose

I, Lee Hoffman, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing and their electronic signature to this document.

                                               LEE F. HOFFMAN, attorney for Plaintiff
                                               By: /s/ Lee F. Hoffman
Dated:  6/3/2026                               LEE F. HOFFMAN
                                               Attorney for Plaintiff
                                               EMILIANO ONTIVEROS

STIPULATION TO EXTEND TIME FOR PLAINTIFF EMILIANO            Case Number: 5:26-cv-02418-VKD
ONTIVEROS TO FILE A FIRST AMENDED COMPLAINT