UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EMILIANO ONTIVEROS,

Plaintiff,

v.

CITY OF SAN JOSE,

Defendant.

Case No.  26-cv-02418-VKD

**ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT**

The Court's Order Setting Initial Case Management Conference and ADR Deadlines set several dates, including a June 16, 2026 deadline for the parties' joint case management statement and a June 23, 2026, 1:30 p.m. initial case management conference.  *See* Dkt. No. 3.  The docket reflects that the parties have not yet filed their joint case management statement.  Although the parties have stipulated to extend the time for defendants to respond to the complaint (Dkt. No. 12), their stipulation expressly stated that "no deadlines set by the Court will be affected" by that stipulated extension.  Dkt. No. 12.  Accordingly, the June 23, 2026 initial case management conference remains on calendar.  The parties shall file their joint case management statement by **9:00 a.m. on June 18, 2026**.

**IT IS SO ORDERED.**

Dated: June 17, 2026

Virginia K. DeMarchi
United States Magistrate Judge