SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
BRIAN EGGLESTON, Senior Deputy City Attorney (289309)
KENDRA MCGEE-DAVIES, Senior Deputy City Attorney (260459)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILIANO ONTIVEROS,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF SAN JOSE, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case Number:  5:26-cv-02418-VKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF SAN JOSE TO RESPOND TO COMPLAINT** |

WHEREAS, Plaintiff Emiliano Ontiveros ("Plaintiff") filed the Complaint in this action on [DATE] (Dkt. 1);

WHEREAS, the Complaint was served on Defendant City of San José ("Defendant") on April 7, 2026;

WHEREAS, the parties previously stipulated, pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(a), to extend Plaintiff's deadline to file a First Amended Complaint ("FAC") to July 17, 2026, and to extend Defendant's deadline to respond to the FAC to 30 days after the filing of the FAC;

WHEREAS, the operative FAC has not yet been filed, Defendant has not yet answered or

1

otherwise responded to the operative pleading, and the case is therefore not yet at issue;

WHEREAS, the Initial Case Management Conference is currently set for June 23, 2026, with the parties' Joint Case Management Statement and related deadlines due in advance of that conference;

WHEREAS, the parties believe that continuing the Initial Case Management Conference and related deadlines will promote efficiency and judicial economy because the pleadings are not yet settled and Defendant's responsive pleading will not be due until after the FAC is filed;

WHEREAS, no prior Case Management Conference has been held, no scheduling order has been issued, and no case deadlines will be affected by the requested continuance;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 6(b), Civil Local Rules 6-1 and 6-2, and the Court's inherent authority to manage its docket, the parties hereby stipulate and respectfully request that the Court continue the Initial Case Management Conference currently set for June 23, 2026, to a date after Defendant's deadline to respond to the FAC, or to such later date as is convenient for the Court.

The parties further stipulate and respectfully request that the deadline to file the Joint Case Management Statement, and any related Rule 26(f), ADR, or case management deadlines tied to the Initial Case Management Conference, be continued accordingly and reset based on the continued Case Management Conference date.

Respectfully submitted,

Dated: June 17, 2026

SUSANA ALCALA WOOD, City Attorney

By:  /s/ *Kendra E. McGee*
       KENDRA E. MCGEE
       Senior Deputy City Attorney

Attorneys for Defendant City of San Jose

Dated: June 17, 2026

Law Office of Lee F. Hoffman

By: /s/ *Lee F. Hoffman*
       Lee F. Hoffman

Attorney for Plaintiff

STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF SAN JOSE TO RESPOND TO COMPLAINT

Case Number: 5:26-cv-02418-VKD

2321591

I, Kendra McGee, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing and their electronic signature to this document.

Dated: June 17, 2026                              SUSANA ALCALA WOOD, City Attorney

                                                  By: /s/*Kendra E. McGee*
                                                  KENDRA E. MCGEE
                                                  Senior Deputy City Attorney

3

STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF SAN JOSE          Case Number: 5:26-cv-02418-VKD
TO RESPOND TO COMPLAINT
                                                                   2321591