United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EMILIANO ONTIVEROS,
Plaintiff,

v.

CITY OF SAN JOSE,
Defendant.

Case No. 26-cv-02418-VKD

**ORDER RE STIPULATION TO EXTEND DEADLINES; ORDERING PLAINTIFF TO FILE CONSENT/ DECLINATION FORM**

Re: Dkt. No. 25

As plaintiff has not complied with multiple notices to file either a consent or declination to proceed before a magistrate judge (Dkt. Nos. 9, 14, 24), the Court cannot act on the parties' August 25, 2026 stipulation to extend deadlines and other dates (Dkt. No. 25). By **noon on August 28, 2026**, plaintiff must file a "Consent or Declination to Magistrate Judge Jurisdiction" form indicating whether he consents to or declines magistrate judge jurisdiction. If the Court does not have full consent by that date, the Court will order the Clerk to reassign this matter to a district judge.

**IT IS SO ORDERED.**

Dated: August 26, 2026

Virginia K. DeMarchi
United States Magistrate Judge